IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02918-SKC-SBP

STEVEN PITTS,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (ECF No. 27) entered on October 3, 2024, by U.S. District Court Judge S. Kato Crews, it is

ORDERED that this case is dismissed without prejudice for the plaintiff's failure to prosecute.   It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.   It is

FURTHER ORDERED that the defendant is awarded its costs incurred in this litigation, including the $1,800 "no-show" fee, and its attorney's fees incurred in preparing and filing the Motion to Dismiss (ECF No. 25); and shall provide an affidavit and supporting documentation regarding the reasonable attorney's fees incurred in pursuing the motion by October 17, 2024.   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado, this 3rd day of October, 2024.

                                FOR THE COURT:
                                JEFFREY P. COLWELL, CLERK

                                By:    <u>s/C. Pearson, Deputy Clerk</u>